UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLOW MARIE BRASPENNING,

    Defendant.

_____/

Hon. Sally J. Berens

Case No. 1:22-mj-00448

**ORDER OF DETENTION**

Defendant appeared before me on November 7, 2022, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f).  After being advised of her rights, including those attendant to a detention hearing, defendant waived her right to the hearing but requested the right to reopen it if her circumstances change. I find that her waiver was knowingly and voluntarily entered.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on November 7, 2022.

                                                        /s/ Sally J. Berens
                                                        SALLY J. BERENS
                                                        U.S. Magistrate Judge